UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

J.C., an infant by her mother and natural guardian,
DEEPTHI JOSE, et ano.,

                        Plaintiffs,

          -against-                                                      23-cv-2666 (LAK)

HAPIK RIDGE HILL (NY) LLC,

                        Defendant.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

        Jurisdiction in this tort case is invoked on the basis of alleged diversity of citizenship. The Court twice notified plaintiffs that the jurisdictional allegations were insufficient for two reasons – the failure to allege the citizenship of one or more of the plaintiffs and the failure sufficiently to allege the citizenship of the limited liability company. They twice were warned that the action would be dismissed for lack of subject matter jurisdiction unless an amended complaint curing these deficiencies was timely filed.

        Plaintiffs filed an amended complaint. That pleading cured the first but not the second noted deficiencies.

        Accordingly, this action is dismissed for lack of subject matter jurisdiction.

        SO ORDERED.

Dated:     May 25, 2023

                                                                               Lewis A. Kaplan
                                                                            United States District Judge